UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SPRINGFIELD WIRE, INC., a
Massachusetts Corporation,            Case No. 02:07-cv-12236

    Plaintiff(s),            HONORABLE STEPHEN J. MURPHY, III

v.

PAUL A. DeHART,

    Defendant(s).
_____/


ORDER STRIKING STIPULATION FOR ENTRY OF FINAL JUDGMENT
IN A CIVIL CASE, INCLUDING COSTS, REASONABLE ATTORNEY FEES,
AND INTEREST PROVIDED FOR IN PROMISSORY NOTE AND ATTACHED
EXHIBIT A (D/E 27) AND DIRECTING DEFENDANTS TO REFILE THE DOCUMENTS


On December 15, 2008 the parties filed a Stipulation for Entry of Final Judgment in a Civil Case, Including Costs, Reasonable Attorney Fees, and Interest Provided for in Promissory Note, at Docket Entry 27. Attached to this stipulation as Exhibit A is a sample proposed "Final Judgement in a Civil Case, Including Costs, Reasonable Attorney Fees, and Interest Provided For In Promissory Note." Exhibit A as filed already contained the electronic signature of the Court, although the Court had not yet reviewed or approved of the proposed document. Therefore, the Court having reviewed the record and being fully advised in the premises;

IT IS HEREBY ORDERED that the Clerk is directed to strike Docket Entry 27 and remove the images from the docket.

IT IS FURTHER ORDERED that the parties are directed to refile the Stipulation For Entry of Final Judgment In A Civil Case, Including Costs, Reasonable Attorney Fees, and Interest Provided for In Promissory Note. The parties may also refile the attached Exhibit A, but without the Court's signature.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: December 17, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2008, by electronic and/or ordinary mail.

Alissa Greer
Case Manager